# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DANIEL W. COUNCIL,**                    CASE NO. 1:22 CV 760

      Plaintiff,                    JUDGE CHARLES E. FLEMING

      v.

**ANTHONY D. SOTTILE,** *et al.*,                    **JUDGMENT ENTRY**

      Defendants.


For the reasons stated in the Court's accompanying Memorandum Opinion and Order, this action is dismissed.  The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.


**IT IS SO ORDERED.**

Date: August 4, 2022

_____
CHARLES E. FLEMING
UNITED STATES DISTRICT JUDGE